IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
GREGORY ROBINSON, JR.,         )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:22-cv-28
                               )
MR. J. FRICK,                  )
                               )
          Defendant.           )
```

## ORDER

On September 3, 2024 the United States Magistrate Judge's Order, Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 37, 38.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 37), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment, (Doc. 29), is **GRANTED**, and this action is **DISMISSED**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 25th day of October, 2024.

_____
United States District Judge